**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| DELAWARE RIVERKEEPER NETWORK, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 14-434 (RBW) |
| UNITED STATES DEPARTMENT OF COMMERCE, et al., | ) ) ) ) | |
| Defendants. | ) ) ) | |

**ORDER**

Upon consideration of the defendants' Expedited Motion to Modify Consent Decree, ECF No. 34, the plaintiffs' Opposition to Defendants' Third Expedited Motion to Modify Consent Decree, ECF No. 36, and the defendants' Reply to Plaintiffs' Opposition to Federal Defendants' Expedited Motion to Modify Consent Decree, ECF No. 37, and in light of the defendants' representations in their submissions, the Court finds that the defendants have demonstrated good cause to modify the consent decree. Accordingly, it is hereby

**ORDERED** that the motion is **GRANTED**.[1]  It is further

**ORDERED** that the date for the publication of the final rule designating critical habitat for the five listed Atlantic sturgeon Distinct Population Segments is extended by thirty (30) days to August 17, 2017.

---

[1] The Court cautions the parties that further extensions of time for the publication of the final rule will be granted only upon a showing of exigent circumstances.

**SO ORDERED** on this 14th day, July 2017.

>REGGIE B. WALTON
>United States District Judge